**TAMMY HUSSIN (155290)**
**WEISBERG & MEYERS, LLC**
**6455 Pyrus Pl.**
**Carlsbad, CA 92011**
**Telephone 760 676 4001 ext 215**
**Facsimile 866 565 1327**
**thussin@AttorneysForConsumers.com**
**Attorney for Plaintiff**

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| **Marianne Stone** | CASE NO.: **4:08-cv-03654-CW** |
| Plaintiff, | **REQUEST AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE AND TO APPEAR TELEPHONICALLY** |
| vs. | |
| **Corral & Associates, Inc.** | **Scheduled Time**: 11/04/08 at 2:00 p.m. |
| | **Proposed Time**: 12/02/08 at 2:00 p.m. |

NOW COMES COUNSEL FOR THE PLAINTIFF, TAMMY HUSSIN, who respectfully requests that the case management conference set for November 4, 2008 be vacated and continued to December 2, 2008 at 3:30 p.m. Counsel for Plaintiff has been unable to serve Defendant, and in addition will be out of the Country for most of the month of October. Counsel further requests that she be allowed to participate in the

Complaint - 1

conference telephonically. It would be a hardship to appear in person insofar as counsel resides in San Diego.

Respectfully submitted this 17th day of September, 2008.

By: /s/Tammy Hussin
Tammy Hussin (155290)
WEISBERG & MEYERS, LLC
6455 Pyrus Pl.
Carlsbad, CA 92011
Telephone (760) 676 4001
Facsimile (866) 565 1327
thussin@AttorneysForConsumers.com
Attorney for Plaintiff

IT IS SO ORDERED on this 29th day of September, 2008, that the case management conference date is vacated and rescheduled to December 2, 2008 at 2:00 p.m., and that counsel for Plaintiff may appear telephonically at said conference. Plaintiff shall contact the Courtroom Deputy one week prior to the conference to confirm her appearance by telephone. If Plaintiff has not served Defendant within 120 days, she will need to seek an extension of time or the case will be dismissed.

By: _____
Honorable Claudia Wilken