UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARIANNE STONE,                )
                               )
        Plaintiff,             )    No. C08-3654 CW (BZ)
                               )
   v.                          )    **ORDER SCHEDULING DEFAULT**
                               )    **JUDGMENT HEARING**
CORRAL & ASSOCIATES, INC.,     )
                               )
                               )
        Defendant.             )
_____)

    It is **HEREBY ORDERED** that a hearing on plaintiff's application for default judgment is scheduled for **Wednesday, February 18, 2009 at 10:00 a.m.** in Courtroom G, 15th Floor, 450 Golden Gate Avenue, San Francisco, California, 94102.

    Claims for attorneys' fees should be supported by billing records.  Compliance with 50 App. U.S.C. § 501 et seq. of the Servicemembers' Civil Relief Act may not be satisfied on information and belief.  See 50 App. U.S.C. § 521(b)(1); United States v. Simmons, 508 F.Supp. 552 (E.D. Tenn. 1980)(interpreting 50 App. U.S.C. § 520(1), predecessor to 50 App. U.S.C. § 521(b)(1)).  The public website https://www.dmdc.osd.mil/scra/owa/home will provide the

1

current active military status of an individual and has instructions on obtaining certificates of service or non-service under the Servicemembers' Civil Relief Act.

Plaintiff bears the burden of proving the level of statutory damages she seeks by competent testimony or other admissible evidence.  See e.g. Mirage Studios v. Yong, 1994 WL 184613 at *2 (N.D. Cal.)  If plaintiff intends to prove damages by affidavits or declarations, the affiant or declarant should have personal knowledge of all matters to which she testifies.  For all evidence, proper foundations must be established.  For an explanation of the evidentiary requirements for proving damages in a default case, the parties are encouraged to consult Chapter Six of Civil Procedure Before Trial by William W. Schwarzer, A. Wallace Tashima, and James M. Wagstaffe.

Defendant should attend the hearing if it contests the validity or amount of plaintiff's claim.  Seven days before the hearing, on **Wednesday, February 11, 2009**, plaintiff shall file a declaration setting forth in detail all steps taken to serve defendant with notice of this hearing.

Dated:  January 6, 2009

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\STONE V. CORRAL & ASSOCIATES\ORDER SCHEDULING DEFAULT JUDGMENT HEARING.wpd

2