**TAMMY HUSSIN (155290)**
**WEISBERG & MEYERS, LLC**
**6455 Pyrus Pl.**
**Carlsbad, CA 92011**
**Telephone 760 676 4001 ext 215**
**Facsimile 866 565 1327**
**thussin@AttorneysForConsumers.com**
**Attorney for Plaintiff**

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| **Marianne Stone** | CASE NO.: **4:08-cv-03654-CW** |
| Plaintiff, | **REQUEST TO APPEAR TELEPHONICALLY AT HEARING FOR DEFAULT JUDGMENT** |
| vs. | **Scheduled Time**: 2/18/09 at 10:00 a.m.. |
| **Corral & Associates, Inc.** | |

NOW COMES COUNSEL FOR THE PLAINTIFF, TAMMY HUSSIN, who respectfully requests that the she be allowed to participate in the Hearing for Default Judgment telephonically. It would be a hardship to appear in person insofar as counsel resides in San Diego, and Plaintiff is attempting to eliminate additional costs associated with this matter.

Respectfully submitted this 20th day of January, 2009.

      By: /s/Tammy Hussin
        Tammy Hussin (155290)
        WEISBERG & MEYERS, LLC
        6455 Pyrus Pl.
        Carlsbad, CA 92011
        Telephone (760) 676 4001
        Facsimile (866) 565 1327
        thussin@AttorneysForConsumers.com
        Attorney for Plaintiff

Request GRANTED but plaintiff is cautioned that if defendant appears and wishes to testify, plaintiff will not be permitted to cross-examine by telephone.

1/23/2009



GRANTED
Judge Bernard Zimmerman
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA